**Order entered April 8, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00359-CV

### IN RE KELDRICK GREEN, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F96-14798-RT**

### ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's March 13, 2020 petition for writ of mandamus.

/s/     LANA MYERS
        JUSTICE